# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| 'O Haleakala v. Board of Land and Natural Resources | CAAP–13–0003065 | 10/17/2014 | Affirmed |
| Sheehan v. County of Kaua'i | CAAP–11–0000601 | 10/17/2014 | Affirmed |
| Gentry Revocable Trust, In re | CAAP–13–0000428 | 10/22/2014 | Dismissed |
| State v. Silva | CAAP–13–0000382 | 10/22/2014 | Vacated and Remanded |
| Nakajima v. Nakajima | 29553 | 10/28/2014 | Affirmed |
| State v. Kahai | CAAP–12–0000518 | 10/31/2014 | Vacated, Remanded and Affirmed |